# REGISTRO DE LA PROPIEDAD DE UTUADO

LCDO. JULIO FELICIANO PRIETO

APARTADO 1865, UTUADO, PR 00641

Telefono (787) 894-1125

| | | | |
|---|---|---|---|
| ENTRADA N°: | 691 | | Del año 2015 |
| ASIENTO N° : | 81 | Diario 420 | |
| Presentado el día 31/03/2015 | | | a las 10:51 |

Presentante

GONZALEZ RIVERA, CARLOS ALBERTO

APT. 2051, UTUADO, PR 00641

Interesado : GONZALEZ RIVERA, CARLOS ALBERTO

Naturaleza : Escritura publica          Objeto : ACTA PARA ANOT. DER. HOGAR SEG

Escritura: 14 de 30/03/2015

JORGE RAFAEL COLLAZO SANCHEZ

LEY #195 DERECHO DE PROTECCION DEL HOGAR PRINCIPAL Y EL HOGAR FAMILIAR DEL 13 DE SEPTIEMBRE DE 2011.

EXENTO DEL PAGO

*Noemí Aparado*

VERIFICA EL ESTADO DE TU DOCUMENTO ONLINE:
www.justicia.pr.gov  o  www.pr.gov
En estos enlaces busca: Registro de la Propiedad e ingresa número de Asiento y Diario.

**\*\*ATENCIÓN\*\***

Próximamente comenzaremos la notificación de defectos por **CORREO ELECTRÓNICO**.
Deberá incluir **su dirección de correo electrónico** en futuras presentaciones.

**NOTAS MARGINALES**

Con esta misma fecha libré primera copia certificada de esta escritura para Don Carlos Alberto González Rivera.

Doy fe.

[notary seal and signature: JORGE COLLAZO, NOTARIO PUBLICO, ABOGADO]

CAGR

------------------NUMERO CATORCE------------------
-----ACTA PARA ANOTAR DERECHO A HOGAR SEGURO-------
---En la ciudad de Coamo, Puerto Rico, a los (30)--
treinta días del mes de marzo de (2015) dos mil----
quince.---------------------------------------------
--------------------ANTE MI-----------------------
---JORGE RAFAEL COLLAZO SANCHEZ, Abogado y Notario-
Público del Estado Libre Asociado de Puerto Rico---
con residencia, vecindad y oficina abierta en------
Coamo, Puerto Rico.--------------------------------
-------------------COMPARECE---------------------
---DE UNA SOLA PARTE: DON CARLOS ALBERTO GONZALEZ--
RIVERA, mayor de edad, casado con Magaly Angomas---
Cedano, propietario, y vecino de Utuado, Puerto Rico.
---DOY FE del conocimiento personal del------------
compareciente. Por sus manifestaciones doy fe de--
sus demás circunstancias personales que se dejan---
consignadas. Tiene a mi juicio la capacidad legal-
necesaria para el presente otorgamiento y en tal---
virtud libre y voluntariamente:--------------------
-------------------REQUERIMIENTO-----------------
---PRIMERO: Me requiere para que yo, en mi---------
carácter de Notario autorice un Acta a los efectos-
de anotar en el Registro de la Propiedad-----------
correspondiente su derecho a hogar seguro de-------
conformidad con la Ley Número (195) ciento noventa-
y cinco del (13) trece de septiembre de (2011) dos-
mil once, titulada Ley del Derecho a la Protección-
del Hogar Principal y el Hogar Familiar.-----------
---SEGUNDO: Manifiesta que el notario le ha--------
explicado el alcance de la Ley, a su haber:--------
---------------CLAUSULA HOGAR SEGURO---------------
---Se advierte al Requirente que la Ley número-----
(195) ciento noventa y cinco del (13) trece de-----
septiembre del año (2011) dos mil once conocida----
como Ley del Derecho a la Protección del Hogar-----
Principal y el Hogar Familiar (La Ley), reconoce---
el derecho de todo individuo o jefe de familia-----

1

domiciliado en Puerto Rico de disfrutar en concepto de hogar seguro el predio de terreno y la---------- estructura enclavada en el mismo o una residencia-- bajo el régimen de la Ley de Condominios que le---- pertenezca o posea legalmente y sea su residencia-- principal. Dicho derecho es irrenunciable, excepto que se renuncia en los casos en que la persona----- obtenga una hipoteca que grave la propiedad; en los casos de cobro de contribuciones estatales y------- federales; en casos donde se le deba dinero a------ contratistas para reparaciones de la propiedad; y-- en casos de préstamos garantizados por la---------- Administración Federal de Hogares (FHA),----------- Administración de Veteranos (VA), Administración--- Federal de Hogares de Agricultores (FMHA),--------- Autoridad para el Financiamiento de la Vivienda de- Puerto Rico (AFV), entre otros.--------------------
---El derecho referido protege la propiedad contra- embargo, sentencia o ejecución ejercitada para el-- pago de todas las deudas; excepto las antes-------- relacionadas. También queda protegida la renta---- temporera del hogar por razones de trabajo,-------- estudio, servicio militar o diplomático o por razón de enfermedad de alguno de los miembros de la------ familia hasta el tercer grado de consanguinidad o-- de afinidad que obligue otra propiedad en que se--- establezca el hogar seguro, sea en Puerto Rico o en otra jurisdicción.----------------------------------
---Si se vende la propiedad donde tiene establecido su hogar seguro, tendrán un plazo de (9) nueve----- meses desde la fecha de la venta para invertir el-- dinero recibido en otra propiedad localizada en---- Puerto Rico donde establezca su hogar seguro. Esto significa que el dinero recibido en la venta queda- protegido por espacio de (9) nueve meses contra---- acreedores.----------------------------------------
---**TERCERO:** El aquí Requirente, como propietario--- del inmueble descrito a continuación, en adelante--



*EAGR.*

2

la "Propiedad", ocupando ésta como su residencia--- principal, designa la misma como su Hogar Seguro y- manifiesta que no ha designado ni designará como--- tal ninguna otra propiedad en o fuera de Puerto---- Rico.---------------------------------------------

-----------DESCRIPCION DE LA PROPIEDAD-------------

---RUSTICA: Localizada en el Barrio Roncador del--- Municipio de Utuado, Puerto Rico. Tiene una cabida de (32.00) treinta y dos punto cero cero cuerdas,-- equivalentes a (125,772.48 m/c) ciento veinte y---- cinco mil setecientos setenta y dos punto cuarenta y ocho metros cuadrados. En lindes por el Norte,-- con Vicente Beauchamp, y Angel Pérez; por el Sur,-- con Vicente Beauchamp, Santiago Maldonado, y------- Domingo Rosado; por el Este, Vicente Beauchamp,---- Domingo Rosado, y Santiago Maldonado; y por el----- Oeste, Epifanio López.------------------------------

---Enclava en esta propiedad una estructura-------- dedicada a vivienda.-------------------------------

---Inscrita al folio (126) ciento veinte y seis del tomo (274) doscientos setenta y cuatro de Utuado,-- finca (11,027) once mil veinte y siete.------------

---CUARTO: El Requirente reconoce que ha sido------ advertido por el Notario de las posibles sanciones- a las que se expone de intentar o lograr anotar en- el Registro de la Propiedad más de una propiedad--- como hogar seguro a favor de otra persona.---------

---El Notario también le advierte al Requirente que incurrirá en delito grave de cuarto grado, toda---- persona que intente o logre inscribir en el-------- Registro de la Propiedad la protección del hogar--- seguro en más de una finca de su propiedad o------- intente o logre inscribir a favor de otra persona-- la protección de hogar seguro, a la que ésta no---- tuviere derecho. Además, en los casos en que la--- persona se encuentre culpable de tal delito, éste-- no tendrá derecho a hogar seguro sobre ninguna de-- las propiedades objeto de su actuación ilegal.-----

---QUINTO: POR LA PRESENTE ACTA se solicita del---- Registrador de la Propiedad que consigne en la----- inscripción de la propiedad descrita anteriormente- la correspondiente nota marginal sobre la---------- designación de la Propiedad como Hogar Seguro.-----

---SEXTO: Que según el artículo (13) trece de la---

3

Ley (195) ciento noventa y cinco del año (2011) dos mil once, conocida como Ley del Derecho a la-------
Protección del Hogar Principal y el Hogar Familiar, se exime a los otorgantes de todo derecho----------
arancelario, incluyendo sellos y comprobantes a la-
hora de presentarse ante el Registro de la---------
Propiedad, debiendo cancelar únicamente un sello de Impuesto Notarial tanto en el Acta Matriz como en--
la copia Certificada.------------------------------
---------------LECTURA Y AUTORIZACION--------------
---YO, el Notario, DOY FE de haber hecho al--------
Requirente las advertencias legales pertinentes a--
esta Acta y manifiesta que la ha leído y consiente-
a ellas, estampando sus iniciales en cada uno de---
los folios de esta Acta, firmándola ante Mi, sin---
solicitar la intervención de testigos cuyo derecho-
le advertí tenía, y YO el Notario, DOY FE de cuanto más afirmo, refiero o relato en este instrumento---
público el cual firmo, signo, rubrico, y sello.----

CARLOS ALBERTO GONZALEZ RIVERA

JORGE RAFAEL COLLAZO SANCHEZ





Libre de Derecho Ley Número (195) ciento noventa y-
cinco del (2011) dos mil once Artículo (13) trece.-

4